# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155152(73)

*In re* HILL, Minors.

SC: 155152
COA: 332923
Alger CC Family Division:
2013-004455-NA

_____/

On order of the Chief Justice, the motion of amici curiae Legal Services Association of Michigan and Michigan State Planning Body for Legal Services for their attorney to share the oral argument time with petitioner-appellant's attorney is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2017



Clerk